**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **SFA SYSTEMS, LLC** | § § | 6:10CV523 |
| Plaintiff | § § | SEVERED FROM |
| vs. | § § | **CASE NO. 6:09-CV-340** |
| 1-800-FLOWERS.COM, INC., et al | § § § | **PATENT CASE** |
| Defendants. | § | |

**ORDER**

In light of Blockbuster Inc.'s Notice of Bankruptcy (Docket No. 208), the Court *sua sponte* **SEVERS** Blockbuster Inc. into a separate case, **STAYS** that case, and **ORDERS** Blockbuster Inc. to file a notice that the bankruptcy proceedings have concluded within ten days of their completion. The Court waives the filing fee in the new case.

**So ORDERED and SIGNED this 1st day of October, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**